**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Sidney B. Brooks**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COLORADO SUN OIL PROCESSING LLC, | ) ) ) | Case No. 10-24424-SBB |
| | ) | |
| EIN: 26-2175087, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ROYAL ELECTRICAL SERVICES, INC., | ) ) ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. _____ |
| HARVEY SENDER, chapter 11 trustee, and SUNRICH LLC, | ) ) ) | |
| | ) | |
| Appellees. | ) ) | |

## NOTICE OF APPEAL

Appellant Royal Electrical Services, Inc., through its undersigned counsel, appeals under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001(b) from the following interlocutory order entered by the United States Bankruptcy Court for the District of Colorado on October 26, 2010: *Order Granting Stipulation to Resolve Conditional Objection to Debtor's Motion for Entry of Order for Relief.* [Docket No. 119].

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of the respective attorneys are as follows:

| | |
|---|---|
| **Royal Electrical Services, Inc.**<br>Appellant | Horowitz & Burnett, P.C.<br>Bart B. Burnett, Esq.<br>Robert M. Horowitz, Esq.<br>Kevin S. Neiman, Esq.<br>1660 Lincoln Street, Suite 1900<br>Denver, Colorado  80264<br>Telephone (303) 996-8600<br>Fax: (303) 996-8636 |
| **Harvey Sender, Chapter 11 Trustee**<br>Appellee | Ballard Spahr LLP<br>Carl A. Eklund, Esq.<br>1225 17th Street, Suite 2300<br>Denver, CO  80202<br>Telephone: (303) 299-7330<br>Fax: (303) 296-3956 |
| **Sunrich LLC**<br>Appellee | Stoel Rives LLP<br>Eric A. Bartsch, Esq.<br>W. Teague Orgeman, Esq.<br>33 S. Sixth Street, Suite 4200<br>Minneapolis, MN  55402<br>Telephone: (612) 373-8800<br>Fax: (612) 373-8881<br><br>- and -<br><br>Stoel Rives LLP<br>Danny C. Kelly, Esq.<br>201 S. Main Street, Suite 1100<br>Salt Lake City, UT  84111<br>Telephone: (801) 578-6979<br>Fax: (801) 578-6999<br><br>- and - |

|  | Kutak Rock LLP<br>Thomas W. Snyder, Esq.<br>Jeremy D. Peck, Esq.<br>1801 California Street, Suite 3100<br>Denver, CO  80202<br>Telephone: (303) 297-2400<br>Fax: (303) 292-7799 |
|---|---|
| **Colorado Sun Processing LLC**<br>Interested Party | Lee M. Kutner, Esq.<br>David M. Miller, Esq.<br>Kutner Miller Brinen, P.C.<br>303 E. 17th Avenue, Suite 500<br>Denver, CO  80203<br>Telephone: (303) 832-2400<br>Fax: (303) 832-1510 |
| **Colorado Mills, LLC**<br>Interested Party | Patrick D. Vellone, Esq.<br>Penny T. Platnick, Esq.<br>Allen & Vellone, P.C.<br>1600 Stout Street, Suite 1100<br>Denver, CO  80202<br>Telephone: (303) 534-4499<br>Fax: (303) 893-8332 |

Dated this 9th day of November 2010.

HOROWITZ & BURNETT, P.C.

*s/Bart B. Burnett*
Bart B. Burnett, # 21258
Robert M. Horowitz, #17848
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:   (303) 996-8600
Fax:              (303) 996-8636
E-mail:         bburnett@hblegal.net
                     rhorowitz@hblegal.net
                     kneiman@hblegal.net

*Attorneys for Royal Electrical Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via regular U.S. mail, first class postage prepaid, upon the following parties and counsel this 9th day of November, 2010:

| | |
|---|---|
| Carl A. Eklund, Esq.<br>Ballard Spahr LLP<br>1225 17th Street, Suite 2300<br>Denver, CO  80202 | Eric A. Bartsch, Esq.<br>W. Teague Orgeman, Esq.<br>Stoel Rives LLP<br>33 S. Sixth Street, Suite 4200<br>Minneapolis, MN  55402 |
| Danny C. Kelly, Esq.<br>Stoel Rives LLP<br>201 S. Main Street, Suite 1100<br>Salt Lake City, UT  84111 | Thomas W. Snyder, Esq.<br>Jeremy D. Peck, Esq.<br>Kutak Rock LLP<br>1801 California Street, Suite 3100<br>Denver, CO  80202 |
| Lee M. Kutner, Esq.<br>David M. Miller, Esq.<br>Kutner Miller Brinen, P.C.<br>303 E. 17th Avenue, Suite 500<br>Denver, CO  80203 | Patrick D. Vellone, Esq.<br>Penny T. Platnick, Esq.<br>Allen & Vellone, P.C.<br>1600 Stout Street, Suite 1100<br>Denver, CO  80202 |
| Joanne C. Speirs, Esq.<br>Office of the U.S. Trustee<br>999 18th Street, Suite 1551<br>Denver, CO  80202 | |

                                        *s/Debra J. Howell*
                                        Debra J. Howell, Paralegal to
                                          Bart B. Burnett