**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Sidney B. Brooks**

| | |
|---|---|
| In re: ) | |
| ) | |
| COLORADO SUN OIL ) | |
| PROCESSING LLC, ) | Case No. 10-24424-SBB |
| ) | |
| EIN: 26-2175087, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ROYAL ELECTRICAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | Case No. _____ |
| HARVEY SENDER, chapter ) | |
| 11 trustee, and SUNRICH LLC, ) | |
| ) | |
| Appellees. ) | |
| ) | |

**ELECTION BY APPELLANT ROYAL ELECTRICAL SERVICES, INC.
TO HAVE APPEAL HEARD BY DISTRICT COURT**

Appellant Royal Electrical Services, Inc., through its undersigned counsel, elects to have the appeal referenced in the *Notice of Appeal* filed contemporaneously herewith

heard by the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 158(c)(1)(A).

Dated this 9th day of November 2010.

        HOROWITZ & BURNETT, P.C.

        *s/Bart B. Burnett*
        Bart B. Burnett, # 21258
        Robert M. Horowitz, #17848
        Kevin S. Neiman, # 36560
        1660 Lincoln Street, Suite 1900
        Denver, CO 80264
        Telephone:  (303) 996-8600
        Fax:  (303) 996-8636
        E-mail:  bburnett@hblegal.net
                rhorowitz@hblegal.net
                kneiman@hblegal.net

        *Attorneys for Royal Electrical Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via regular U.S. mail, first class postage prepaid, upon the following parties and counsel this 9th day of November, 2010:

Carl A. Eklund, Esq.
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO  80202

Danny C. Kelly, Esq.
Stoel Rives LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111

Lee M. Kutner, Esq.
David M. Miller, Esq.
Kutner Miller Brinen, P.C.
303 E. 17th Avenue, Suite 500
Denver, CO  80203

Joanne C. Speirs, Esq.
Office of U.S. Trustee
999 18th Street, Suite 1551
Denver, CO  80202

Eric A. Bartsch, Esq.
W. Teague Orgeman, Esq.
Stoel Rives LLP
33 S. Sixth Street, Suite 4200
Minneapolis, MN  55402

Thomas W. Snyder, Esq.
Jeremy D. Peck, Esq.
Kutak Rock LLP
1801 California Street, Suite 3100
Denver, CO  80202

Patrick D. Vellone, Esq.
Penny T. Platnick, Esq.
Allen & Vellone, P.C.
1600 Stout Street, Suite 1100
Denver, CO  80202

*s/Debra J. Howell*
Debra J. Howell, Paralegal to
 Bart B. Burnett